IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHELE MILLER,

    Plaintiff,

                                                              CASE NO. 5:13-cv-295-RS-EMT

BAYSIDE OF PC, LLC,

    Defendant.

_____/

## ORDER

The relief requested in the Joint Motion to Reconsider (Doc. 35) is **GRANTED.** The December 8, 2014, Order (Doc. 34), which dismissed the case with prejudice pursuant to the parties' notice of settlement, is **AMENDED** to state that this Court specifically retains jurisdiction to enforce the terms of the parties' settlement agreement until August 1, 2016. *See Anago Franchising, Inc. v. Chaz*, 677 F.3d 1271, 1280 ("[F]or a district court to retain jurisdiction over a settlement agreement where the parties dismiss the case . . . the district court must issue the order retaining jurisdiction.").

**ORDERED** on December 17, 2014.

                                                 /S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**